IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re

LONNIE D. CHATMAN,

      Plaintiff.
_____/

No. C 11-3354 WHA (PR)

**ORDER OF DISMISSAL**

On July 5, 2011, plaintiff, a parolee of the State of California, filed a letter complaining of actions by parole agents assigned to his case. That day, the clerk notified plaintiff that he had not filed a complaint and that he had neither paid the filing fee nor filed an application to proceed in forma pauperis ("IFP"). Along with the notice, the clerk mailed to plaintiff the court's complaint and IFP forms, instructions for completing the forms, and a stamped return envelope. In the notices, plaintiff was informed that the case would be dismissed if he did not file a complaint, and pay the fee or file a completed IFP application, within thirty days. More than thirty days have passed, and no response from Plaintiff has been received. Accordingly, this case is **DISMISSED** without prejudice.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: August __29__, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.11\CHATMAN3354.DSM.wpd